THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Jerome Owens, Appellant.
 
 
 

Appeal From Bamberg County
 Reginald I. Lloyd, Circuit Court Judge

Unpublished Opinion No. 2006-UP-202
Submitted April 1, 2006  Filed April 14, 2006   

AFFIRMED

 
 
 
Assistant Appellate Defender Eleanor Duffy Cleary, Office of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, Office of the Attorney General, all of Columbia, and Solicitor Barbara R. Morgan, of Aiken, for Respondents.
 
 
 

PER CURIAM:  Jerome Owens appeals his conviction for trafficking crack cocaine, possession with intent to distribute (PWID) crack cocaine within the proximity of a school, and failure to stop for a blue light.  Owens argues the trial court erred in admitting evidence of an uncharged crime of possession of a weapon.  Owens filed a separate pro se brief.  After a thorough review of the record, Owenss pro se brief, and counsels brief pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss Owenss appeal and grant counsels motion to be relieved. 
APPEAL DISMISSED. [1]
HEARN, C.J., and ANDERSON and KITTREDGE, JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.